PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Rosario J. Miraglia, Jr.**                                    Docket No. **05-783**

### Petition for Action on Conditions of Pretrial Release

     COMES NOW **Wendy H. Lonsdorf** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Rosario J. Miraglia, Jr.**, who was placed under pretrial release supervision by the **Honorable Mark Falk** sitting in the Court at Newark, New Jersey, on November 15, 2005, under the following conditions:

1. $50,000 unsecured appearance bond co-signed by Barbara Pappas;
2. Reporting to Pretrial Services;
3. Travel restricted to New York and New Jersey; and
4. Gambling treatment as deemed appropriate by Pretrial Services.

On November 22, 2005 the defendant appeared before Your Honor and entered a Not Guilty plea.

     Respectfully presenting petition for action of Court and for cause as follows:

The defendant reported feeling stressed and anxious, and has requested assistance getting involved in mental health treatment/therapy.

Pretrial Services has confirmed that Assistant United States Attorney, Marc Larkins, and Defense Counsel, Anthony Iacullo, have no objection to this request.

PRAYING THAT THE COURT WILL ORDER mental health treatment as directed by Pretrial Services.

ORDER OF COURT

Considered and ordered this 6th day of Feb, '06 and ordered filed and made a part of the records in the above case.

_____
Honorable Joel A. Pisano

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2/6/06

_____
Wendy H. Lonsdorf
U.S. Pretrial Services Officer

Case 3:05-cr-00783-JAP   Document 35   Filed 02/07/06   Page 2 of 2 PageID: 72



# M E M O R A N D U M

**Date:**  February 6, 2006

**Reply to Attn of:**  Wendy H. Lonsdorf
U.S. Pretrial Services Officer

**Subject:**  Rosario J. Miraglia, Jr.
Criminal #: 05-783

**To:**  Honorable Joel A. Pisano
U.S. District Judge

Enclosed is a Petition for Action on Conditions of Pretrial Release in which is detailed the above-named defendant's conditions of release, recommendation for amendment to these conditions and the reason(s) for same.

Should Your Honor concur with the recommendation, an Order has been provided for your signature.

Pretrial Services is available to the Court should any further information be needed.

Approved by:

*Joyce Ruffin* (MF)
Joyce Ruffin,
Supervising Pretrial Services Officer